```
DAVID DOUGLAS DOYLE, ESQ. NO. 100595
DOYLE & WATSON
1233 WEST SHAW AVENUE, SUITE 106
FRESNO, CALIFORNIA 93711
TELEPHONE (559) 229-2200
FACSIMILE (559) 225-5504


Attorney for Defendants DEAN HALL, KATHLEEN HALL, dba
     THE MT. WHITNEY RESTAURANT
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLLINS,<br><br>    Plaintiff,<br><br>-vs-<br><br>DEAN HALL, KATHLEEN HALL, dba THE MT. WHITNEY RESTAURANT, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____ | Case No. 1:05-CV-00460-AWI-DLB<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT AND THIRTY DAY EXTENSION OF JOINT SCHEDULING CONFERENCE** |

    Defendants Dean Hall, Kathleen Hall, dba The Mt. Whitney Restaurant by and through their attorney of record David Douglas Doyle, Doyle & Watson and Plaintiff James Collins by and through his attorney of record Jason Singleton, hereby agree to stipulate as follows:

    1.   The date to respond to the complaint is extended from June 7, 2005, for twenty days, until and including June 27, 2005.

2. The date for the Joint Scheduling Conference is extended thirty days from July 7, 2005 to August 8, 2005 (or date set by the Court).

Just cause exists for this extension because the parties are in extensive settlement negotiations and desire to avoid the expense related to further pleadings.

Dated: June 8, 2005.                         DOYLE & WATSON

                                    By:  /S/ David Douglas Doyle
                                         David Douglas Doyle
                                         Attorneys for Defendants

Dated: June 8, 2005.

                                    By:  /S/ Jason Singleton, Esq.
                                         (as authorized on 06/8/05)
                                         Jason Singleton
                                         Attorneys for Plaintiff

IT IS SO ORDERED.

**Dated:   June 22, 2005**                    /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

2